1   Karen K. Brandon (SBN 202436)
    Attorney at Law
2   #3 Honeysuckle Lane
    San Carlos, California 94070
3   Telephone: (650) 593-4016

4   Attorney for Plaintiff, STOCKTON EXECUTIVE
    LIMOUSINE CHARTER SERVICES, INC.

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  STOCKTON EXECUTIVE LIMOUSINE         Case No. 04-CV-1999 LKK PAN
    CHARTER SERVICES, INC.,
12                                        NOTICE OF SUBSTITUTION OF
                 Plaintiff,               ATTORNEYS AND ORDER
13                                        THEREON
             and
14                                        Judge: Hon. Lawrence K. Karlton
    UNION PACIFIC RAILROAD COMPANY;
15  CREW TRANSPORT SERVICES, INC.;
    RENZENBERGER, INC. and DOES 3 through
16  20, inclusive,

17               Defendants.

18

19          THE COURT AND ALL PARTIES ARE NOTIFIED THAT Plaintiff Stockton

20  Executive Limousine Charter Services, Inc., makes the following substitution:

21  1.      Former legal representation: Hopkins & Carley, a Law Corporation.

22  2.      New legal representation:

23          Karen K. Brandon
24          #3 Honeysuckle Lane
            San Carlos, CA 94070
25
             (650) 593-4016
26           (650) 654-3361 fax

1               karen@karenbrandon.com

2   3.       I consent to this substitution.

3

    Dated:  March 25, 2005                   STOCKTON EXECUTIVE LIMOUSINE

4                                            CHARTER SERVICES, INC., a California

5                                            Corporation

6

7                                          By /s/ Donald R. Bowman_____
                                               Donald R. Bowman, Vice President

8

9   4.       I consent to this substitution.

10                                         HOPKINS & CARLEY, a Law Corporation

11     Dated:  March 30, 2005
                                       By /s/ William Klein_____

12

13                                         /s/   Karen K. Brandon_____

14   5.       I accept this substitution.       Karen K. Brandon, Attorney at Law

15     Dated:  March 25, 2005

16

17                               ORDER

18       GOOD CAUSE APPEARING, it is so ordered.

19     Dated: July 29, 2005.

20                                         /s/Lawrence K. Karlton

21                                         Lawrence K. Karlton, Senior Judge
                                        United States District Court

22

23

24

25

26

                                      2

1          PROOF OF SERVICE

2          I am employed in the County of San Mateo, State of California.  I am over the age of 18

3    years and am not a party to the within proceeding.   My business address is #3 Honeysuckle

4    Lane, San Carlos, California 94070.

5          On the date set forth below, I served the attached document(s):

6

7          **Plaintiff's Substitution of Attorneys**

8

9    on the interested parties in this action by placing a true copy thereof enclosed in a sealed

10   envelope, addressed as follows:

11   Union Pacific Railroad Company
     Michael L. Johnson
12   Union Pacific Railroad Company, Law Department
     100931 Foothills Boulevard, Ste 200
13   Roseville, CA 95747

14    (916) 789-0227 - fax

15   Crew Transport Services, Inc.
     William H. Parish
16   Kenneth M. Wentz, III
     Parish & Small
17   1919 Grand Canal Blvd., Suite A-5
     Stockton, CA 95207-8114
18
      (209) 952-0250 fax
19
     Renzenberger, Inc.
20   John S. Gilmore
     Randolph Cregger & Chalfant, LLP
21   1030 G Street
     Sacramento, CA 95814
22
      (916) 443-2124 fax
23
     William S. Klein
24   Hopkins & Carley
     70 S. First Street
25   San Jose, CA 95113-2400

26    (408) 998-4790 fax

PLAINTIFF'S SUBSTITUTION OF ATTORNEYS

1

2

3    [ x ]    By Mail:  I caused an envelope with postage prepaid to be placed in the U.S. Mail at San

4    Carlos, California.

5    [   ]    By Personal Service:  I delivered such envelope by hand to the office of the addressees(s)

6    named above.

7    [   ]    By facsimile Transmission:  By use of facsimile number (650) 654-3361, I caused such

8    the document to be transmitted to the addressee(s) facsimile number noted above.  The facsimile

9    machine I used complied with Rule 1003(3) and the transmission was reported as complete and

10   without error.  A copy of the transmission record is attached hereto.

11

12          I declare under penalty of perjury under the laws of the State of California that the

13   foregoing is true and correct this 27th day of July, 2005, at San Carlos, California.

14

15                                            _____

16                                            Karen Brandon

17

18

19

20

21

22

23

24

25

26

4

PLAINTIFF'S SUBSTITUTION OF ATTORNEYS