UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STOCKTON EXECUTIVE LIMOUSINE
CHARTER SERVICES, INC.,

        Plaintiff,        CIV. S-04-1999 LKK PAN

    v.

UNION PACIFIC RAILROAD COMPANY,        ORDER
CREW TRANSPORT SERVICES, INC.,
RENZENBERGER, INC., and DOES 3
through 20, inclusive,

        Defendants.

-o0o-

Defendants Crew Transport Services, Inc., and Renzenberger, Inc., move to compel plaintiff's responses to interrogatories and for sanctions. The hearing on the motion, scheduled for November 30, 2005, is vacated. The parties' joint stipulation and communications with my staff confirm that plaintiff has now responded without objection to all interrogatories.

Defendants may serve and file their supported request for sanctions on or before December 9, 2005; plaintiff may file a reply, if any, by December 16, 2005.  The matter will then be submitted for decision on the papers.

So ordered.

Dated:  November 28, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge