1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  STOCKTON EXECUTIVE LIMOUSINE
    CHARTER SERVICE, INC.,
12                                          NO. CIV. S-04-1999 LKK/PAN
             Plaintiff,
13
        v.                                  **ORDER RE DISPOSAL**
14                                          **DOCUMENTS AFTER**
    UNION PACIFIC RAILROAD, et al.,         **NOTIFICATION OF SETTLEMENT**
15
             Defendants.
16  _____/

17       Counsel  for  defendant  Crew  Transport  Services,  Inc.  has

18  informed  the  court  that  the  parties  have  settled  the  above-

19  captioned  case  with  respect  to  plaintiff's  claims  against  Crew

20  Transport.   The court now orders that the dispositional documents

21  disposing of the case as to that defendant be filed no later than

22  thirty (30) days from the effective date of this order.

23  ////

24  ////

25  ////

26  ////

                                    1

1    FAILURE  TO  COMPLY  WITH  THIS  ORDER  MAY  BE  GROUNDS  FOR  THE

2  IMPOSITION  OF  SANCTIONS  ON  ANY  AND  ALL  COUNSEL  OR  PARTIES  WHO

3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4    IT IS SO ORDERED.

5    DATED:  February 22, 2006.

6

7                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
8                                    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26