Karen K. Brandon (SBN 202436)
Attorney at Law
#3 Honeysuckle Lane
San Carlos, California 94070
Telephone: (650) 593-4016

William S. Scott, Esq. (SBN 72581)
SCOTT, NICHOLS & MATTEUCCI
120 North Hunter Street (95202)
Post Office Box 1930
Stockton, CA 95201
(209) 942-4300

Attorneys for Plaintiff, STOCKTON EXECUTIVE
LIMOUSINES CHARTER SERVICE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STOCKTON EXECUTIVE LIMOUSINES CHARTER SERVICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY; CREW TRANSPORT SERVICES, INC.; and RENZENBERGER, INC.,<br><br>Defendants. | CASE NO. CIV.S-04-1999 LKK PAN<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT CREW TRANSPORT SERVICES, INC. WITH PREJUDICE** |

*TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:*

**PLEASE TAKE NOTICE** that plaintiff, STOCKON EXECUTIVE LIMOUSINES CHARTER SERVICE, INC., and defendants, CREW TRANSPORT SERVICES, INC., UNION PACIFIC RAILROAD COMPANY, and RENZENBERGER, INC., hereby stipulate and agree as follows:

1   Plaintiff, STOCKTON EXECUTIVE LIMOUSINE CHARTER SERVICES, INC.
2   agrees to voluntarily dismiss the entire action as to defendant, CREW TRANSPORT
3   SERVICES, INC., with prejudice.
4
5   DATED:  February 23, 2006                        PARISH & SMALL
6                                            A PROFESSIONAL LAW CORPORATION
7
                                             By_____/s/ Kenneth M. Wentz III_____
8                                                 KENNETH M. WENTZ, III
                                                   Attorneys for Defendant,
9                                              CREW TRANSPORT SERVICES, INC.
10
11                                           LAW OFFICES OF KAREN K. BRANDON
12
13  Dated: February 23, 2006                 _____/s/ Karen K. Brandon_____
                                                  KAREN K. BRANDON
14                                           Attorney for Plaintiff, STOCKTON EXECUTIVE
15                                             LIMOUSINE CHARTER SERVICES, INC.
16
17                                           UNION PACIFIC RAILROAD COMPANY
18                                                  LAW DEPARTMENT
19
20  Dated: March 1, 2006                     _____/s/ William H. Pohle_____
                                                 WILLIAM H. POHLE, ESQ.
21                                                 Attorneys for Defendant,
22                                           UNION PACIFIC RAILROAD COMPANY
23  ////
24  ////
25  ////
26  ////
27
28

RANDOLPH CREGGER & CHALFANT

Dated: February 28, 2006                    _____ /s/ Demond L. Philson _____
                                            DEMOND L. PHILSON
                                            Attorneys for Defendant,
                                            RENZENBERGER, INC.

ORDER

GOOD CAUSE APPEARING, it is so ordered.

March 6, 2006

                            /s/Lawrence K. Karlton
                            Lawrence K. Karlton
                            Senior Judge

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CREW TRANSPORT SERVICES, INC. WITH PREJUDICE

3