UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON EXECUTIVE LIMOUSINE CHARTER SERVICES, INC., | |
| Plaintiff, | CIV. S-04-1999 LKK PAN |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, CREW TRANSPORT SERVICES, INC., RENZENBERGER, INC., and DOES 3 through 20, inclusive, | ORDER |
| Defendants. | |

-o0o-

On November 29, 2005, this court granted the November 3, 2005 motion of defendant Renzenberger, Inc., and the November 7, 2005 motion of Crew Transport Services, Inc., to compel plaintiff's responses to interrogatories without objections. Plaintiff provided the responses without objections after defendants' motions were filed. The court vacated the hearing scheduled for November 30, 2005, and invited defendants to file supplemental memoranda in support of their respective requests for sanctions, to be decided by the court on defendants' papers. Defendants timely filed their supplemental memoranda on December 9, 2005. Plaintiff

did not file an opposition.

On February 13, 2006, Crew Transport requested dismissal of its request for sanctions pursuant to its pending settlement agreement with plaintiff.  See Request for Dismissal, filed February 13, 2006.

Based on the foregoing, IT IS HEREBY ORDERED that:

(1)  defendant Crew Transport Inc.'s request for sanctions, filed November 7, 2005 and supplemented December 9, 2005, is DISMISSED; and

(2)  defendant Renzenberger Inc.'s request for sanctions, filed November 7, 2005 and supplemented December 9, 2005, is GRANTED; plaintiff's counsel SHALL PAY defendant Renzenberger, Inc. $625.50 within twenty (20) days from the service of this order.

DATED: March 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006.stoc1999.ord