UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STOCKTON EXECUTIVE LIMOUSINE
CHARTER SERVICES, INC.,

        NO. CIV. S-04-1999 LKK/PAN

    Plaintiff,

 v.                                           O R D E R

UNION PACIFIC RAILROAD
COMPANY, et al.,

    Defendants.
_____/

    By order filed December 16, 2004, a Pretrial Conference in the above-captioned case was set for May 15, 2006. That order further provided that, in addition to their separate pretrial statements, the parties shall file a <u>joint</u> pretrial statement setting forth a list of the disputed and undisputed facts. On May 1, 2006, defendant UP filed a statement of disputed and undisputed facts which was unsigned by counsel for plaintiff. In a declaration filed concurrently therewith, counsel explains that the joint statement was filed without plaintiff's counsel's signature when

1

neither fax nor phone calls to counsel received any response. On May 1, 2006, the court attempted to contact plaintiff's counsel to inquire regarding the joint statement and, likewise, was not favored with a return phone call.

Accordingly, the court hereby ORDERS that:

1. The Pretrial Conference currently set for May 15, 2006 is CONTINUED to May 30, 2006 at 3:00 p.m. in Chambers;

2. Counsel shall file a <u>joint</u> statement of disputed and undisputed facts not later than May 8, 2006 at 4:30 p.m.; and

3. Counsel for plaintiff is hereby ORDERED to SHOW CAUSE in writing within ten (10) days why she should not be sanctioned in the amount of One Hundred Fifty Dollars ($150.00) for her failure to comply with this court's Status Order to confer in filing a joint pretrial statement.

IT IS SO ORDERED.

DATED: May 3, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT