UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STOCKTON EXECUTIVE LIMOUSINE
CHARTER SERVICES, INC.,

        NO. CIV. S-04-1999 LKK/PAN

    Plaintiff,

 v.                                        O R D E R

UNION PACIFIC RAILROAD
COMPANY, et al.,

    Defendants.
_____/

    By order filed December 16, 2004, a Pretrial Conference in the above-captioned case was set for May 15, 2006.  On May 3, 2006, the court issued an Order to Show Cause directed to counsel for plaintiff when she failed to participate in the filing of a joint statement of disputed and undisputed facts, as ordered in the court's Status Order.  Counsel has failed to respond to the court's Order to Show Cause and has once again failed to participate in the filing of the joint statement.  On May 9, 2006, defendant UP once again filed a statement of disputed and undisputed facts which was

unsigned by counsel for plaintiff.  In a declaration filed concurrently therewith, counsel explains that the joint statement was once again filed without plaintiff's counsel's signature when plaintiff's counsel failed to respond.

Accordingly, the court hereby ORDERS that:

1.  Counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars.  This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order.  Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

2.  The Pretrial Conference currently set for May 30, 2006 is CONTINUED to July 10, 2006 at 1:30 p.m. in Chambers;

3.  Trial, currently set for August 15, 2006, is VACATED;

4.  Counsel shall SHOW CAUSE in writing within five (5) days why further sanctions should not issue for her failure to respond to the court's previous order to show and her failure once again to participate in drafting the joint statement of disputed and undisputed facts as previously ordered.  Counsel is admonished that her failure to respond will result in an order to show cause re: contempt or dismissal;

////

////

1        5.   Counsel shall file a <u>joint</u> statement of disputed and
2   undisputed facts <u>signed by all counsel</u> not later than June 12, 2006
3   at 4:30 p.m.
4        IT IS SO ORDERED.
5        DATED:  May 26, 2006.

                             /s/ Lawrence K. Karlton
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT

3