ADRIAN L. RANDOLPH, ESQ. (SBN: 133577)
WILLIAM H. POHLE JR, ESQ. (SBN: 43043)
UNION PACIFIC RAILROAD COMPANY
Law Department
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747-7101

General:   (916) 789-6400
Direct:    (916) 789-6220
Fax:       (916) 789-6227

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| STOCKTON EXECUTIVE LIMOUSINE CHARTER SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD CO., CREW TRANSPORT SERVICES INC., RENZENBERGER INC. et al., <br><br> Defendants. | Case No.: CIV S-04-1999-LKK-EFB <br><br> **STIPULATION AND REQUEST TO MOVE TRIAL DATE** <br><br> Trial Date: March 27, 2007 <br> Time; 10:30 a.m. <br> Courtroom: 4 <br> Judge: Hon. Lawrence K. Karlton |

Due to Defendant, Union Pacific Railroad Company's unavailability on March 27, 2007, the date set by the Court on January 4, 2007, Plaintiff, Stockton Executive Limousine Charter Services, Inc., and Defendant, hereby respectfully stipulate and request that the trial date be moved to one of the following dates available to counsel: 1) April 30, 2007; 2) April 9, 2007; or, 3) June 11, 2007.

-1-

STIPULATION & REQUEST TO MOVE TRIAL DATE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 11, 2007            Respectfully submitted,

Agreed and stipulated.

                                        ADRIAN L. RANDOLPH, ESQ.
                                        WILLIAM H. POHLE JR.

                                 By:     /s/ By William H. Pohle Jr.
                                       WILLIAM H. POHLE JR.
                                       Attorneys for Defendant
                                       UNION PACIFIC RAILROAD CO.


                                 By:     /s/ By Karen K. Brandon
                                       KAREN K. BRANDON
                                       Attorneys for Plaintiff
                                       STOCKTON EXECUTIVE LIMOUSINE
                                       CHARTER SERVICES, INC.

## ORDER

IT IS HEREBY ORDERED that the trial date of March 27, 2007 is continued to:  June 12, 2007 at 10:30 a.m.                      .

IT IS SO ORDERED.

DATED: January 17, 2007


                                        /s/ Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com