UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STOCKTON EXECUTIVE LIMOUSINE
CHARTER SERVICES, INC.,

        NO. CIV. S-04-1999 LKK/EFB

    Plaintiff,

  v.                         O R D E R

UNION PACIFIC RAILROAD
COMPANY, et al.,

    Defendants.
_____/

On August 8, 2006, the court entered its tentative pretrial order. No objections were filed and thus it became final. That order provided, inter alia:

    V.   DISPUTED EVIDENTIARY ISSUES

        None.

The parties will not be permitted to bring on motions in limine relative to any evidentiary issues not listed in the final pretrial order absent a showing that the issue was not reasonably foreseeable at the time of the pretrial order.

1

1    While the court has no independent recollection of the
2 particular pretrial conference, consistent with its customary
3 practice, the court warned the parties that the order would be
4 enforced and urged the parties to consider appropriate motions
5 during the period permitting objection.
6    As noted, the parties did not object.  Nonetheless, they now
7 have both filed motions in limine.  Only one, the cross motions re:
8 failure to timely provide exhibits could possibly fall into the
9 category of proper motions.[1]  Each side will respond to that motion
10 within five (5) days and it will be taken up on the first day of
11 trial.  The other motions will be disregarded.
12    IT IS SO ORDERED.
13    DATED: May 31, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Both sides had earlier noted the other's failure to timely exchange exhibits.

2